ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003
DeLaHoya/Campas**, Program,

           Plaintiff,

  -against-

JOHN B. INCROPERA and SANTO J. INCROPERA,
Individually, and as officers, directors, shareholders and/or
principals of J.J.'s SPORTS PUB, INC. d/b/a J.J.'s
SPORTS BAR, and J.J.'s SPORTS PUB, INC. d/b/a J.J.'s
SPORTS BAR;

           Defendants.

---

04 11717 RCL

Civil Action No.

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **GARDEN CITY BOXING CLUB, INC.**, and said corporation's securities are not publicly traded.

Dated: July 19, 2004
       Ellenville, New York

                                    GARDEN CITY BOXING CLUB, INC.,

                                    By: _____
                                    WAYNE D. LONSTEIN, ESQ.
                                    Attorney for Plaintiff
                                    LONSTEIN LAW OFFICE, P.C
                                    1 Terrace Hill, P.O. Box 351
                                    Ellenville, New York 12428
                                    Tel: (845) 647-8500
                                    Fax: (845) 647-6277
                                    *Our File No. 03-5MA-07G*