UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

CASE NUMBER: 04-11717RCL

| | |
|---|---|
| GARDEN CITY BOXING CLUB) <br> INC., as Broadcast Licensee ) <br> of the May 3, 2003 DeLaHoya/ ) <br> Campas Program, ) <br>     Plaintiff ) <br> ) <br> vs. ) <br> ) <br> JOHN B. INCROPERA, indivi- ) <br> dually, and as officers, direc- ) <br> tors, shareholders and/or prin- ) <br> cipals of JJ's SPORTS PUB, ) <br> INC. d/b/a JJ's SPORTS BAR, ) <br> and JJ's SPORTS PUB, INC. ) <br> d/b/a JJ's SPORTS BAR ) <br>     Defendants ) <br> ) | |

## ANSWER

NOW COME the Defendants, individually and as officers, directors, shareholders and/or principals of JJ Sports Pub, Inc. d/b/a JJ's Sports Bar, and said John B. Incropera and responds to the Plaintiff's Complaint as follows, without waiving his Motion to Dismiss.

### Jurisdiction and Venue

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted as to personal jurisdiction, although the Defendants deny all wrongdoing.
5. The Defendant does not have enough information to admit nor deny same.
6. Admitted.
7. Admitted.

8. Admitted.
9. Admitted.
10. Denied.
11. Denied.

## COUNT I

12. Same answers as above.
13. The Defendants can not admit nor deny same and call upon the Plaintiffs to prove same.
14. The Defendants can not admit nor deny same and call upon the Plaintiffs to prove same.
15. The Defendants can not admit nor deny same and call upon the Plaintiffs to prove same.
16. Denied.
17. Denied.
18. Denied.
19. Denied.
20. Denied.
21. Denied.
22. Denied.

## COUNT II

23. Same answers as above.
24. Denied.
25. Denied.
26. Denied.
27. Denied.
28. Denied.

## COUNT III

29. Same answers as above.
30. Denied.
31. Denied.
32. Denied.
33. Denied.
34. Denied.
35. The Defendants request that the action be dismissed in its entirety and the court award the Defendant's attorney's fees, expenses and costs as the Defendants have brought an action against the Defendants which is frivolous, without standing, without just cause, without proper

investigation and for such further orders as this court may deem just and proper.

Respectfully submitted<br>
THE DEFENDANTS<br>
By their attorney,<br>
<br>
*Robert H. Minasian*<br>
Robert H. Minasian, Esquire<br>
BBO# 348420<br>
Kathy J. Landry Lynch, Esquire<br>
BBO# 642338<br>
MINASIAN & MINASIAN<br>
420 Common Street<br>
PO Box 346<br>
Lawrence, MA 01840<br>
978-682-5560

Dated:    September 8, 2004

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this day true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date_____9/10/04_____

_____
MINASIAN & MINASIAN, ATTYS.

# MINASIAN & MINASIAN
ATTORNEYS AT LAW
420 COMMON STREET
HAMPSHIRE BUILDING
P.O. BOX 346
LAWRENCE, MASSACHUSETTS 01842

Telephone: (978) 682-5560
(978) 688-6066
Facsimile: (978) 687-7288

HAIG J. MINASIAN (1916-1985)
ROBERT H. MINASIAN*
KATHY J. LANDRY LYNCH*
*Licensed in MA

Of Counsel:
MICHAEL T. RYAN**
**Licensed in MA & NH

Cynthia J. Aziz - Paralegal

September 9, 2004

United States District Court for
The District of Massachusetts
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *Garden City Boxing Club vs. John B. Incropera et al.*
*Docket No. 04-11717RCL*

Dear Madam/Sir:

Enclosed please find Defendants' Answer to Plaintiff's Complaint.

Kindly docket and file same in your usual manner.

Thank you.

Very truly yours,

Robert H. Minasian, Esquire

Enclosure
cc: Julie Cohen Lonstein, Esquire