UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

CASE NUMBER: 04-11717RCL

| | |
|---|---|
| GARDEN CITY BOXING CLUB INC., as Broadcast Licensee of the May 3, 2003 DeLaHoya/ Campas Program,<br>    Plaintiff<br><br>vs.<br><br>JOHN B. INCROPERA and SANTO INCROPERA, individually, and as officers, directors, shareholders and/or principals of JJ's SPORTS PUB, INC. d/b/a JJ's SPORTS BAR and JJ's SPORTS PUB, INC. d/b/a JJ's SPORTS BAR<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION TO CONTINUE

NOW COMES Robert H. Minasian, counsel for Defendants, John B. Incropera, et al, and respectfully requests that the scheduling conference in the above matter, scheduled for October 21, 2004, be continued until the week of December 13, 2004, Monday through Friday after 2:00 pm, as Mr. Minasian will be out of the Commonwealth of Massachusetts on vacation during the period of October 17, - October 24. Counsel for the Plaintiff, Attorney Stephen M. Tannenbaum, of the Lonstein Law Office, has assented to this continuance.

WHEREFORE, he respectfully requests that the scheduling conference be continued to the week of December 13, 2004.

Assented to:

*[signature]*
Wayne D. Lonstein, Esquire
Lonstein Law Offices
1 Terrace Hill
Ellenville, NY 12428

Respectfully submitted
THE DEFENDANTS
By their attorney,

*[signature]*
Robert H. Minasian, Esquire
BBO# 348420
Kathy J. Landry Lynch, Esquire
BBO# 642338
MINASIAN & MINASIAN
420 Common Street
Lawrence, MA 01840
978-682-5560

Dated: September 22, 2004
f:\recept\sept22