UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---------------------------------------------------------------
GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,

        Plaintiff,

  -against-

JOHN B. INCROPERA and SANTO J. INCROPERA, Individually, and as officers, directors, shareholders and/or principals of J.J.'s SPORTS PUB, INC. and LAST SHOT SPORTS PUB, INC. d/b/a J.J.'s SPORTS BAR, and of J.J.'s SPORTS PUB, INC. and LAST SHOT SPORTS PUB, INC. d/b/a J.J.'s SPORTS BAR;

        Defendants.
---------------------------------------------------------------

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Civil Action No. 04-11717 RCL

    Plaintiff, Garden City Boxing Club, Inc., through its attorneys, Lonstein Law Office, P.C., due to the fact that the parties are presently discussing settlement and/or dismissal of the matter and anticipate same in the very near future, does hereby respectfully move this Court for an extension of time to serve and file a response to Defendants' Motion to Dismiss, upon the consent and stipulation of defendants, (a copy of which stipulation is attached hereto as Exhibit "A"), until, through and including **October 27, 2004.**

Dated:  October 4, 2004

           **GARDEN CITY BOXING CLUB, INC.**

    BY:    /s/  Wayne D. Lonstein, Esq.
           WAYNE D.  LONSTEIN, ESQ..
           Attorney for Plaintiff
           LONSTEIN LAW OFFICE, P.C.
           Office and P.O. Address
           1 Terrace Hill : P.O. Box 351
           Ellenville, NY  12428
           Telephone:  (845) 647-8500
           Facsimile:  (845) 647-6277
           *Our File No.  03-5MA-07G*

**CERTIFICATE OF SERVICE**

The foregoing Assented-to Motion For Extension of Time was duly served on the following:

>Robert Minasian, Esq.
>420 Common St.
>Hamsphire Building
>P.O. Box 346
>Lawrence, MA   01842

on this _4_ day of October 2004 via United States Postal Service, postage prepaid.

>    /s/ Wayne D. Lonstein
>   Wayne D. Lonstein