

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,

        Plaintiff,

-against-

JOHN B. INCROPERA and SANTO J. INCROPERA, Individually, and as officers, directors, shareholders and/or principals of J.J.'s SPORTS PUB, INC., d/b/a J.J.'s SPORTS BAR, and J.J.'s SPORTS PUB, INC.;

        Defendants.

---

**STIPULATION**

Civil Action No. 04-11717 RCL

BY AND BETWEEN THE UNDERSIGNED ATTORNEYS FOR THE PARTIES, IT IS HEREBY STIPULATED AND AGREED that:

1. The above-named Defendants consent to Plaintiff's filing of an Amended Complaint adding as additional defendants, LAST SHOT SPORTS PUB, INC. and PATRICIA GURRY, the owner, officer, director and operator of the establishment in question on the date of the alleged conduct; and

2. The above-named Defendants consent to an initial thirty (30) day extension of time for Plaintiff to to serve and file opposition papers to Defendants' motion to dismiss, served on September 13, 2004, currently due on September 27, 2004, to and including October 27, 2004, pending settlement/resolution discussions between counsel for the parties, and per this Court's approval of same.

Dated:  September 23, 2004

By: /s/ *illegible signature*
WAYNE D. LONSTEIN, ESQ.
*Attorney for Plaintiff*
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY  12428
Telephone:  (845) 647-8500
Facsimile:  (845) 647-6277
*Our File No.  03-5MA-07G*

Dated: September 23, 2004

By: /s/ *Robert Minasian* w/authorization    *Stephen M. Timmerbeam*
ROBERT MINASIAN, ESQ.
*Attorney for Defendants*
420 Common Street
Hamsphire Building
P.O. Box 346
Lawrence, MA 01842
Telephone: (978)682-5560
Facsimile: (978)687-7288

**SO ORDERED**, dated this ___ day of _____, 2004.

_____
HON. REGINALD C. LINDSAY
Judge, United States District Court