**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

-----------------------------------------------------------------

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,

                            Plaintiff,

-against-

JOHN B. INCROPERA and SANTO J.
INCROPERA, Individually, and as officers,
directors, shareholders and/or principals of J.J.'s
SPORTS PUB, INC., d/b/a J.J.'s SPORTS BAR,
and J.J.'s SPORTS PUB, INC.;

                            Defendants.

-----------------------------------------------------------------

**STIPULATION OF
DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)**

Civil Action No. 04-11717 RCL

BY AND BETWEEN THE UNDERSIGNED ATTORNEYS FOR THE PARTIES, IT IS

HEREBY STIPULATED AND AGREED that:

1.    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff and Defendants agree that this matter

will be dismissed with prejudice and without costs to any party, as against: JOHN B.

INCROPERA and SANTO J. INCROPERA, individually, and as officers, directors,

shareholders and/or principals of J.J.'s SPORTS PUB, INC., d/b/a J.J.'s SPORTS

BAR, and J.J.'s SPORTS PUB, INC.

2.    Accordingly, Defendants Motion to Dismiss dated September 13, 2004 is hereby

withdrawn as moot.

3.    This Stipulation does not affect Plaintiff's claims against the defendants in the

Amended Complaint, Patricia E. Gurry and Last Shot Sports Pub, Inc.

Dated: October 13, 2004

By: _____
WAYNE D. LONSTEIN, ESQ.
*Attorney for Plaintiff*
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY  12428
Telephone:  (845) 647-8500
Facsimile:  (845) 647-6277
*Our File No.  03-5MA-07G*

Dated: October 13, 2004

By: _____ w/authorization
ROBERT MINASIAN, ESQ.
*Attorney for Defendants*
420 Common Street
Hamsphire Building
P.O. Box 346
Lawrence, MA 01842
Telephone: (978)682-5560
Facsimile:  (978)687-7288

**SO ORDERED**, dated this ___ day of _____, 2004.

_____
HON. REGINALD C. LINDSAY
Judge, United States District Court