UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

      Plaintiff,

 -against-

**PATRICIA E. GURRY,** *et al.,*

      Defendants.

---

**MOTION FOR CONTINUANCE**
Civil Action No. 04-11717 RCL
Honorable Reginald C. Lindsay

 Come now Plaintiff, Garden City Boxing Club, Inc., and moves this Court for an Order of Continuance to adjourn the dates scheduled by this Honorable Court, including all dates relative to the Scheduling Conference set for **November 18, 2004.**

 In support of this request, Plaintiff respectfully submits the following facts to the Court:

 1. On October 4, 2004, Plaintiff filed its Amended Summons and Complaint with the Court, to include the Defendants **PATRICIA E. GURRY**, and **LAST SHOT SPORTS PUB, INC.**, and said Amended documents have been forwarded to Plaintiff's process server.

 2. On October 14, 2004, Plaintiff filed a Stipulation of Dismissal with regard to Defendants, JOHN B. INCROPERA and SANTO J. INCROPERA, individually, and as officers, directors, shareholders and/or principals of J.J.'s SPORTS PUB, INC., d/b/a J.J.'s SPORTS BAR, and J.J.'s SPORTS PUB, INC.

 3. As of the date herein, the newly added Defendants have not yet been served with the Amended Summons and Amended Complaint, and the time to serve has not yet expired.

 4. There are no remaining answering Defendants in this matter, as the previously

-2-

answering Defendants have been terminated.

     5.    No Defendants would be prejudiced by granting this Motion, as none have appeared in this action.

     WHEREFORE, Plaintiff, Garden City Boxing Club, Inc., respectfully requests that this Court continue the November 18, 2004, Conference, and allow the Plaintiff the opportunity to serve the Defendants with copies of the Amended Summons and Amended Complaint.

Dated: November 10, 2004

 /s/ Wayne D. Lonstein
Wayne D. Lonstein, Esq.
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill: PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile:  845-647-6277

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                                  Plaintiff,

   -against-

PATRICIA E. GURRY, *et al.,*

                                Defendants.

**ORDER FOR CONTINUANCE**
Civil Action No. 04-11717 RCL
Honorable Reginald C. Lindsay

---

The Court having considered the motion of the Plaintiff for continuance of the scheduling dates set by this Court, including the Scheduling Conference set for **November 18, 2004,** it is hereby,

ORDERED, that the scheduling dates be adjourned by the Court, including the **November 18, 2004**, Conference, and that Plaintiff be afforded an opportunity to finalize service of process upon the Defendants, as no Defendants have answered or otherwise appeared in this matter.

Dated this ____ day of November, 2004

                                                          _____
                                                          **HONORABLE REGINALD C. LINDSAY**
                                                           United States District Judge