UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,
    Plaintiff

  -against-

PATRICIA E. GURRY, et al,
    Defendants

---

### NOTICE OF CHANGE OF ADDRESS

Please take notice that Robert H. Minasian, Esquire, and Kathy Lynch, Esquire, have changed their addresses to:

    LAW OFFICES OF MINASIAN & MINASIAN
    127 South Broadway
    PO Box 346
    Lawrence, MA 01843

_____
Robert H. Minasian, Esquire
BBO#348420
Kathy J. Landry, Esquire
BBO#642338
**MINASIAN & MINASIAN**
127 South Broadway
PO Box 346
Lawrence, MA 01843
978/682-5560

Dated: November 23, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a true copy of NOTICE OF CHANGE OF ADDRESS, by mailing a copy of same first-class mail, postage prepaid to:

Wayne D. Lonstein, Esquire
Lonstein Law Office, P.C.
1 Terrace Hill
PO Box 351
Ellenville, NY 12428

Robert H. Minasian, Esquire
MINASIAN & MINASIAN

DATE:        November 23, 2004