UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,
          Plaintiff,

   -against-

PATRICIA E. GURRY, *et al.*;

          Defendants.
---------------------------------------------------------------

**NOTICE OF DISMISSAL**
Civil Action No. 04-11717
Honorable Reginald C. Lindsay

    **PLAINTIFF, GARDEN CITY BOXING CLUB, INC.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

Dated: December 17, 2004
      Ellenville, New York

              **GARDEN CITY BOXING CLUB, INC.**

              By:/s/ Wayne D. Lonstein
              WAYNE D. LONSTEIN, ESQ.
              Attorney for Plaintiff
              LONSTEIN LAW OFFICE, P.C.
              Office and P.O. Address
              1 Terrace Hill : P.O. Box 351
              Ellenville, NY  12428
              Telephone:  (845) 647-8500
              Facsimile:  (845) 647-6277
              *Our File No.  03-5MA-07G*

**SO ORDERED** this ____day of _____, 2004

_____
**HON. REGINALD C. LINDSAY**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

The foregoing Notice of Dismissal was duly served on the following:

Arthur M. Khoury, Esq.
335 Common St.
Lawrence, MA 01840


on this 17th day of December, 2004 via United States Postal Service, postage prepaid.

/s/ Wayne D. Lonstein
WAYNE D. LONSTEIN